United States District Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CESAR GOMEZ JALOMO,                §
                                   §
            Petitioner,            §
                                   §
v.                                 §      CIVIL ACTION NO. H-26-1322
                                   §
RAYMOND THOMPSON,[1]               §
                                   §
            Respondent.            §

## ORDER

The petitioner, Cesar Gomez Jalomo, is currently in custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") at the Joe Corley Processing Center in Conroe, Texas.  Gomez Jalomo is represented by counsel and has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (Docket Entry No. 1), challenging his continued confinement.

On April 17, 2026, this Court ordered the respondent to answer the petition within 30 days.  The respondent has not done so, and

---

[1] The Warden is substituted as the sole respondent in place of the other listed respondents because he is the petitioner's immediate custodian as the warden of the Montgomery Processing Center. See Rumsfeld v. Padilla, 124 S. Ct. 2711, 2720 (2004) ("In challenges to present physical confinement, we reaffirm that the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent."); see also 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

the petitioner now moves to enforce the order to answer.

It is **ORDERED** that the motion to enforce (Docket Entry No. 9) is **GRANTED**.   The respondent will answer the petition within 10 days.   Failure to do so will be construed as a statement of non-opposition to the petition.

SIGNED at Houston, Texas, on this 26th day of May, 2026.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE